COLLEEN NAQUIN

VERSUS NO.: 129519 DIV. "F"

WAL-MART STORES, INC.

FILED: _____ MAR 22 2016 _____

16th JUDICIAL DISTRICT COURT

PARISH OF ST. MARY

STATE OF LOUISIANA

**MICHELLE FREDERICK**

DEPUTY CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PETITION FOR DAMAGES

NOW INTO COURT, through the undersigned counsel, comes Petitioner, **COLLEEN NAQUIN**, person of the full age of majority and resident of the Parish of St. Mary Parish, State of Louisiana, who with respect represent the following:

1.

Made defendant herein are the following:

(1)  **WAL-MART STORES INC.,** a foreign corporation authorized to do and doing business in the State of Louisiana, whose agent for service of process is C T CORPORATION SYSTEM, 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816.

2.

The Defendant, **WAL-MART STORES INC.,** is indebted unto Petitioner, **COLLEEN NAQUIN,** for damages, together with legal interest from the date of judicial demand and for all costs, for the reasons herein set forth.

3.

On or about December 23, 2015, the Petitioner, **COLLEEN NAQUIN,** was a customer shopping at the Wal-Mart store located at 973 US-90 in Morgan City, Louisiana when the Petitioner slipped and fell in a puddle of water, which had accumulated on the floor.

4.

The above-described accident resulted in severe injuries to Petitioner's body including, but not limited to, her arms and wrists.

5.

The Petitioner suffered severe personal damage as a result of the accident complained of herein, which was caused solely and proximately by the negligence of the Defendant, **WAL-MART STORES INC.,** in the following non-exclusive particulars, to wit:

a.  Allowing liquid to accumulate on the floor at a location where patrons are required to walk;

EXHIBIT

A

b.   Failing to properly inspect and survey its aisles, passageways, and floors;

c.   Failing to keep its premises free of any hazardous condition;

d.   Failing to observe and rectify a hazardous condition upon actual or constructive knowledge;

e.   Failing to warn customers of a hazardous condition;

f.   Failing to exercise reasonable care; and,

g.   Any and all other acts of negligence, which will be ascertained through discovery and at the trial of the matter.

6.

As a result of the negligence of the Defendant, **WAL-MART STORES INC.**, Petitioner, **COLLEEN NAQUIN**, suffered the following personal damage including but not limited to:

a.   Past, present and future pain and suffering;

b.   Past, present and future medical expenses;

c.   Past, present and future loss of wages;

d.   Past, Present and future mental anguish and emotional distress;

e.   Inconvenience;

f.   Loss of enjoyment of life; and,

g.   Any and all other damages that can be proven at trial of this matter.

**WHEREFORE**, Petitioner, **COLLEEN NAQUIN**, prays that:

1.   Defendant, **WAL-MART STORES INC.**, be duly served with a certified copy of this Petition and duly cited to answer same;

2.   That after all demands have run and all proceedings are had, there be judgment in favor of Petitioner and against Defendant, **WAL-MART STORES INC.**, granting all damages in such amounts as are reasonable and in the premises;

3.   For legal interest from date of judicial demand on all amounts awarded, and for all costs of these proceedings; and

4.   For all necessary orders and decrees as may be required or proper in the premises and for full, general and equitable relief.

RESPECTFULLY SUBMITTED:

Marvin Gros – 20207
J. Rodney Messina – 20961
**Janna Messina Kiefer – 34367**
**Jamie Messina Kitchin - 35609**
Attorneys at Law
809 Railroad Avenue
Post Office Box 1040
Donaldsonville, LA  70346
(225)473-7868
(225)473-1266 (fax)

PLEASE SERVE:

**WAL-MART STORES, INC.**
Through its agent for service of process:
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

CLERK'S OFFICE, FRANKLIN, LA

MAR 2 9 2016
A true copy of the original
Attest
Dy. Clerk of Court

RECEIVED AND FILED

MAR 2 2 2016
DY. CLERK OF COURT

# CITATION

| | | |
|---|---|---|
| **COLLEEN NAQUIN** |  | **STATE OF LOUISIANA** |
| **Vs. No. 129519 Div "F"** | | **16ʰ JUDICIAL DISTRICT COURT** |
| **WAL MART STORES INC** | | **PARISH OF ST. MARY** |

To: <u>WAL-MART STORES, INC., THROUGH AGENT, CT CORPORATION SYSTEM,</u>
<u>3867 PLAZA TOWER DRIVE, BATON ROUGE, LA 70816</u>

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation or to file your answer or other pleading to said petition in the office of the Clerk of the 16ᵗʰ Judicial District Court in the St. Mary Parish Court House in the City of Franklin in said Parish within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

You are also being served with **Request for Production of Documents.**

WITNESS MY HAND AND OFFICIAL SEAL OF OFFICE AT FRANKLIN, LOUISIANA, MARCH 29, 2016.

CLERK'S OFFICE, FRANKLIN, LA

**CLIFF DRESSEL**
**Clerk of Court**
**St. Mary Parish, Louisiana**
**16ᵗʰ Judicial District Court**

MAR 29 2016

A true copy of the original

Attest _____ Dy. Clerk of Court

Deputy Clerk of Court
JRS

SPACE BELOW FOR SHERIFF'S RETURN

[ SERVICE ]

 CT Corporation

**Service of Process Transmittal**
04/04/2016
CT Log Number 528934749

TO:     Kim Lundy Service of Process, Legal Support Supervisor
        Wal-Mart Stores, Inc.
        702 SW 8th St, MS#0215
        Bentonville, AR 72716-6209

RE:     **Process Served in Louisiana**

FOR:    Wal-Mart Stores, Inc.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | NAQUIN COLLEEN, Pltf. vs. Wal-Mart Stores, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Citation, Petition, Request |
| **COURT/AGENCY:** | ST. MARY; 16TH JUDICIAL DISTRICT COURT, LA<br>Case # 129519 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 12/23/2015 - Wal-Mart store, 973 US-90 in Morgan City, Louisiana |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/04/2016 at 08:44 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within fifteen (15) days after the service |
| **ATTORNEY(S) / SENDER(S):** | Marvin Gros<br>Attorneys at Law<br>809 Railroad Avenue<br>Post Office Box 1040<br>Donaldsonville, LA 70346<br>225-473-7868 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/05/2016, Expected Purge Date: 04/10/2016<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service of Process  ctlawsuits@walmartlegal.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>3867 Plaza Tower Dr.<br>Baton Rouge, LA 70816-4378<br>612-333-4315 |

Page 1 of  1 / DJ

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.