RECEIVED

OCT 2 1 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

COLLEEN NAQUIN                          *CIVIL NO. 6:16-0845

VERSUS                                  *JUDGE DOHERTY

WAL-MART STORES, INC.                   *MAGISTRATE JUDGE WHITEHURST

### JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Motion to Amend Pleading and Remand filed by Colleen Naquin [rec. doc. 11] is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is hereby **REMANDED** to the 16th Judicial District Court in the Parish of St. Landry, State of Louisiana.

Lafayette, Louisiana, this _21_ day of ___October___, 2016.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE