**RECEIVED**
OCT 2 5 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN NAQUIN | *CIVIL NO. 6:16-0845 |
| VERSUS | *JUDGE DOHERTY |
| WAL-MART LOUISIANA, LLC | *MAGISTRATE JUDGE WHITEHURST |

## AMENDED JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Motion to Amend Pleading and Remand filed by Colleen Naquin [Rec. Doc. 11] is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **REMANDED** to the 16th Judicial District Court in the Parish of St. Mary, State of Louisiana.

Lafayette, Louisiana, this 25 day of October, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE