UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

October 25, 2016

Mr. Cliff Dressel
16th Judicial District Court
St. Mary Parish
P.O. Box 1231
Franklin, LA 70538–1231

---

In re: Civil Action No. 6:16–cv–00845–RFD–CBW
NAQUIN V. WAL–MART LOUISIANA L L C
Your Case No. 129519 Div. "F"

Dear Clerk:

Please be advised that the above captioned matter has been remanded to your Court. We enclose herewith a certified copy of our docket sheet and the Judgment or Order to Remand.

The official court record for the Western District of Louisiana is the electronic case filing system, CM/ECF. Our website is: http://ecf.lawd.uscourts.gov; counsel may access this database to obtain any pleadings you require.

Please acknowledge receipt on the enclosed copy of this letter.

ATTORNEYS ARE ADVISED THAT ALL FUTURE FILINGS SHOULD BE DIRECTED TO THE RECEIVING COURT NAMED ABOVE.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1–866–323–1101.

THUS DONE  October 25, 2016.

TONY R. MOORE
CLERK OF COURT

C Guidry
DEPUTY CLERK OF COURT